UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| CINDY MORA, | ) | Case No. 05-61761-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| NANCY J. GARGULA, United States Trustee | ) | **Adversary No. 07-4453-659** |
| | ) | |
| | ) | PUBLISHED |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| CINDY MORA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in the Complaint to Revoke Debtor's Discharge is GRANTED and judgment is entered in favor of Plaintiff, Nancy J. Gargula, United States Trustee and against Debtor, Cindy Mora, and the Discharge of Debtor Order entered in Debtor's case on January 25, 2006, is hereby revoked; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: October 15, 2008
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Nancy J. Gargula
Office of U.S. Trustee
111 S. 10th St., Ste. 6353

Martha M. Dahm
Office of U.S. Trustee
111 S. 10th St., Ste. 6353
St. Louis, MO 63102

Cindy Mora
1601 Northridge Place
Wright City, MO 63390